AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JAMES MICHAEL DE MAY, et al.

**SUMMONS IN A CIVIL CASE**

V.

MOORE & BRUCE, LLP, et al.

Case: 1:08-cv-00845
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/15/2008
CASE   Description: Contract

TO: (Name and address of Defendant)

Moore & Bruce, LLP, 1072 Thomas Jefferson Street, N.W., Washington, D.C. 20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher G. Hoge, Crowley, Hoge & Fein, P.C., 1710 Rhode Island Avenue, N.W., Suite 700, Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**    MAY 15 2008

CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | MAY 19th - 2008 3:20 pm |
| NAME OF SERVER (PRINT) GARY D. DEAN | TITLE | PPS. |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1072 Thomas Jefferson ST. NW. WDC. 20007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL 75.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
Date    Signature of Server

1200 Perry ST. NE. #100 WDC. 20017
Address of Server
410 693 6500

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JAMES MICHAEL DE MAY, et al.

**SUMMONS IN A CIVIL CASE**

V.

MOORE & BRUCE, LLP, et al.

Case: 1:08-cv-00845
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/15/2008
Description: Contract

TO: (Name and address of Defendant)

Jonathon R. Moore, 1072 Thomas Jefferson Street, N.W., Washington, D.C. 20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher G. Hoge, Crowley, Hoge & Fein, P.C., 1710 Rhode Island Avenue, N.W., Suite 700, Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**            MAY 15 2008

CLERK                                     DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | MAY 19th, 2008 3:20 pm |
| NAME OF SERVER (PRINT) GARY D. DEAN | TITLE PPS. |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1072 Thomas Jefferson ST. NW. WDC. 20007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-19-08
        Date               Signature of Server

Address of Server: 1200 Perry ST. NE. #100 WDC 20017
410 693 6500

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JAMES MICHAEL DE MAY, et al.

                              **SUMMONS IN A CIVIL CASE**

V.

MOORE & BRUCE, LLP, et al.

Case: 1:08-cv-00845
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/15/2008
Description: Contract

TO: (Name and address of Defendant)

Charles M. Bruce, 1072 Thomas Jefferson Street, N.W., Washington, D.C. 20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher G. Hoge, Crowley, Hoge & Fein, P.C., 1710 Rhode Island Avenue, N.W., Suite 700, Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**         MAY 15 2008

CLERK                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | MAY 19th, 2008 3:20 pm |
| NAME OF SERVER (PRINT) GARY D. DEAN | TITLE | PPS. |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1072 Thomas Jefferson ST. NW. WDC. 20007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL 75.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-19-08
Date   Signature of Server

1200 Perry ST. NE. #100 WDC. 20017
Address of Server
410 693 6500

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.