UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

JAMES MICHAEL DeMAY, et ux, :
:
    Plaintiffs, :
:
v. : 1:08cv845
: Judge Ellen S. Huvelle
MOORE & BRUCE, LLP, et al., :
:
    Defendants. :

**CONSENT MOTION FOR EXTENSION OF TIME**
**TO FILE A RESPONSIVE PLEADING**

COME NOW, Defendants, Moore & Bruce, LLP, Charles M. Bruce, and Jonathan Moore, by counsel, CARR MALONEY P.C., and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, submit this Consent Motion respectfully requesting an extension of time until July 18, 2008 to file a responsive pleading to the Complaint in the above-referenced matter. In support of the foregoing motion, Defendants respectfully refer the Court to the attached Memorandum of Points and Authorities.

    Respectfully submitted,

    CARR MALONEY P.C.

By:     /s/
    Paul J. Maloney, #362533
    Nat P. Calamis, #495680
    1615 L Street, N.W.
    Suite 500
    Washington, D.C. 20036
    (202) 310-5500 (telephone)
    (202) 310-5555 (facsimile)

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing *Consent Motion* was electronically filed and mailed, postage pre-paid, on this 9th day of June, 2008 to:

>Christopher G. Hoge, Esquire
>Crowley, Hoge & Fein, P.C.
>1710 Rhode Island Avenue, N.W.
>Seventh Floor
>Washington, D.C.  20036


                                                  /s/
                                          Nat P. Calamis

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

JAMES MICHAEL DeMAY, et ux, :
:
      Plaintiffs, :
:
v. : 1:08cv845
: Judge Ellen S. Huvelle
MOORE & BRUCE, LLP, et al., :
:
      Defendants. :

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

In support of the foregoing Motion, Defendants, assert as follows:

1. The Complaint in the instant matter was filed on May 15, 2008. Service was issued upon Defendants on May 19, 2008, thereby requiring a responsive pleading from Defendants on June 9, 2008.

2. The Complaint alleges claims against the Defendants for legal malpractice and other tortious conduct arising out of Defendants' representation of Plaintiffs in the formation of several international trusts. The transactions in question are complex, and there are voluminous documents relevant to the allegations set forth in the Complaint.

3. Undersigned counsel was only recently retained to represent Defendants in this matter. Undersigned counsel believes there is the potential for a dispositive motion at this stage of the litigation; however undersigned counsel needs additional time to review relevant documents and analyze the factual allegations in the Complaint with Defendants.

4. Defendant Jonathan Moore will be away on vacation for ten days beginning June 13, 2008, therefore the undersigned counsel will be without his assistance during that time period.

Defendant Charles Bruce is currently out of the country, and will remain so until July 5, 2008.

5. Defendants therefore respectfully request that this Court grant them an extension of time until July 18, 2008 to submit a responsive pleading to Plaintiffs' Complaint.

6. This request is not being made for purposes of delay, but rather to offer Defendants and counsel an opportunity to assess their legal position before filing a responsive pleading.

7. Pursuant to LCvR 7(m), undersigned counsel certifies that he spoke with counsel for Plaintiff on June 9, 2008, and that counsel for Plaintiff consented to the relief requested in this Motion.

Respectfully submitted,

CARR MALONEY P.C.

By: /s/
Paul J. Maloney, #362533
Nat P. Calamis, #495680
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500 (telephone)
(202) 310-5555 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| JAMES MICHAEL DeMAY, et ux,  :  <br> : <br>Plaintiffs, : <br> : <br>v.  :  1:08cv845 <br> :  Judge Ellen S. Huvelle <br>MOORE & BRUCE, LLP, et al.,  : <br> : <br>Defendants.  : | |

### ORDER

Upon consideration of Defendants Moore & Bruce, LLP, Charles M. Bruce, and Jonathan R. Moore's Consent Motion for Extension of Time to File Responsive Pleading, it is this _____ day of _____, 2008;

ORDERED, that Defendants Consent Motion is hereby GRANTED; and it is further

ORDERED, that Defendants shall have until July 18, 2008 to file a responsive pleading in the above captioned matter.

SO ORDERED.

_____
Judge Ellen S. Hueville

CONSENT MOT FOR EXTENT OF TIME TO FILE RESPONSIVE PLDG

Copies to:

Paul J. Maloney, Esquire
Nat P. Calamis, Esquire
Carr Maloney, P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
***Attorneys for Defendants***

Christopher G. Hoge, Esquire
Crowley, Hoge & Fein, P.C.
1710 Rhode Island Avenue, N.W.
Seventh Floor
Washington, D.C. 20036
***Attorney for Plaintiffs***