UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES MICHAEL DE MAY, *et al.*,     )
                                          )

        Plaintiffs           )

                                          )

        v.                  )      Case No. 1:08-cv-00845
                                          )      Judge Huvelle

MOORE & BRUCE, LLP, *et al.*,      )

                                          )

        Defendants      )

**CONSENT MOTION, WITH POINTS AND AUTHORITIES,
FOR EXTENSION OF TIME TO FILE OPPOSITION TO
MOTION TO DISMISS OR, IN THE ALTERNATIVE,
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Come now the Plaintiffs, James Michael De May, Anne Schrader De May, and The De May Family Trust, by their undersigned counsel, and respectfully move this Court, pursuant to Fed. R. Civ. P. 6(b), for a three week extension of time within which to file their memorandum in opposition to the Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment. As grounds for this Motion, Plaintiffs offer the following points and authorities:

Defendants' Motion was served on counsel for Plaintiffs by both e-service and first class mail on July 18, 2008. Pursuant to L.Cv.R. 7(b) and Fed. R. Civ. P. 6, Plaintiffs' response is currently due on August 4, 2008.

The Memorandum of Points and Authorities supporting Defendants' Motion is 35 pages long, and at least 100 pages of exhibits are attached.

Counsel for Plaintiffs is currently in the middle of a jury trial before Chief Judge Lamberth of this Court which started on Monday, July 28, 2008. That case, *Ellipso, Inc. v. Mann, et al.*, will not be concluded until at least August 4, the due date for Plaintiffs' opposition.

Plaintiffs consented to a more than five week extension of time for Defendants' response

to the Complaint.  Defendants' motion for an extension was granted by Order dated June 9,

2008.

Defendants' counsel has indicated that he consents to the instant motion, with the caveat

that he would like ten days to file his reply to Plaintiffs' opposition.  Plaintiffs consent to such a

schedule.

WHEREFORE, Plaintiffs respectfully request an Order granting them an extension of

time from August 4 to August 25, 2008, within which to file their opposition to Defendants'

Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, and giving Defendants

ten days, until September 9, 2008, within which to file a reply.


Respectfully submitted,

JAMES MICHAEL DE MAY
ANNE SCHRADER-DE MAY
THE DE MAY FAMILY TRUST
Plaintiffs
By Counsel

CROWLEY, HOGE & FEIN, P.C.

By: /s/ Christopher G. Hoge
        Christopher G. Hoge #203257

Attorneys for Plaintiffs
1710 Rhode Island Avenue, N.W.
7th Floor
Washington, D.C.  20036
(202) 483-2900


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion was served by Case File Express upon Paul J. Maloney, Esq. and Nat P. Calamis, Esq., counsel for Defendants, Carr Maloney P.C., 1615 L Street, N.W., Suite 500, Washington, D.C. 20036 this 1st day of August, 2008.


                                        /s/ Christopher G. Hoge
                                        Christopher G. Hoge




cgh/z/wpdirs/civ
demaymfe.wpd




UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JAMES MICHAEL DE MAY, *et al.*,        )
                                       )
                Plaintiffs             )
                                       )
        v.                             )        Case No. 1:08-cv-00845
                                       )        Judge Huvelle
MOORE & BRUCE, LLP, *et al.*,          )
                                       )
                Defendants             )

## **ORDER**

UPON CONSIDERATION of the Consent Motion of the Plaintiffs for a three week extension of time within which to file their memorandum in opposition to the Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, and for good cause shown, it is this _____ day of _____, 2008, hereby

ORDERED, that the Motion be, and it is hereby, GRANTED; and it is further

ORDERED, that Plaintiffs' Opposition to the Defendants' Motion is now due August 25, 2008, and Defendants' Reply is due September 9, 2008.


                          ELLEN SEGAL HUVELLE
                          United States District Judge




Copies:

Christopher G. Hoge, Esq.
Crowley, Hoge & Fein, P.C.
1710 Rhode Island Avenue, N.W.
7th Floor
Washington, D.C.  20036
chfcgh@aol.com

Paul J. Maloney, Esq.
Nat P. Calamis, Esq.
Carr Maloney P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C.  20036
pjm@carrmaloney.com
nog@carrmaloney.com