UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| JAMES MICHAEL DeMAY, et ux, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | 1:08cv845 |
| : | Judge Ellen S. Huvelle |
| MOORE & BRUCE, LLP, et al., : | |
| : | |
| Defendants. : | |

**NOTICE REGARDING DEFEDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT**

Defendants submitted a Motion to Dismiss or in the Alternative Motion for Summary Judgment in the above-referenced matter on July 18, 2008.  On page 21 of Defendants' Memorandum of Points and Authorities in Support of this Motion, Defendants cited to an opinion from the Supreme Court of Nebraska titled *Economy Housing Company, Inc. v. Rosenberg*, 239 Neb. 267, 475 N.W. 2d 899 (1991).  Undersigned counsel recently became aware, and wanted to bring to the Court's attention that the above-cited *Rosenberg* decision was distinguished by the District of Columbia Court of Appeals in *R.D.H. Communications, Ltd. v. Winston*, 700 A. 2d 766, 772-73, Fn. 5, (D.C. 1997)

                                                  Respectfully submitted,

                                                  CARR MALONEY P.C.

                                    By:      /s/
                                                  Paul J. Maloney, #362533
                                                  Nat P. Calamis, #495680
                                                  1615 L Street, N.W.
                                                  Suite 500
                                                  Washington, D.C.  20036
                                                  (202) 310-5500 (telephone)
                                                  (202) 310-5555 (facsimile)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Notice* was electronically filed and mailed, postage pre-paid, on this 18th day of August, 2008 to:

        Christopher G. Hoge, Esquire
        Crowley, Hoge & Fein, P.C.
        1710 Rhode Island Avenue, N.W.
        Seventh Floor
        Washington, D.C.  20036

_____/s/_____
      Nat P. Calamis